DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

DEC16'09AM10:29 USBCEW

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:
HOOPER, CLAYTON JAMES

Case No. 07-03069-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $258.09, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| HOOPER, CLAYTON JAMES | 3688 EAST HALL ROAD<br>GAINESVILLE, GA<br>30507 | $258.09 |

Dated: December 14, 2009

_Daniel H. Brunner_ (signature)
DANIEL H. BRUNNER, Chapter 13 Trustee